CHAPTER 13 PLAN

Case No.: 15-00567

Debtor(s): Hosea Cochino Allen    SS#: xxx-xx-7695    Net Monthly Earnings: 0.00

SS#:    Number of Dependents: 4

1. Plan Payments:
   - ( X ) Debtor(s) propose to pay direct a total of $ 498.00 ☐ weekly ☐ bi-weekly ☐ semi-monthly ☒ monthly into the plan; or
   - (  ) Payroll deduction Order: To _____ for $ _____ ☐ weekly ☐ bi-weekly ☐ semi-monthly ☐ monthly.

   Length of plan is approximately 60 months, and the total amount of debt to be distributed by the Trustee is approximately $ 29,880.00.

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

   A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

   The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| State of Alabama | Taxes and certain other debts | $3,500.00 | |

   B. Total Attorney Fee: $ 3,000.00 ; $100.00 paid pre-petition; $ 695.00 to be paid at confirmation and $ 345 per month for four months, then pro rata until paid.

   C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

   1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months included in arrearage amount | Proposed Interest Rate on Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Bayview Loan Servicing | $119,076.00 | ☐ by Trustee ☒ by Debtor $663.00 | 3/2015 | $0.00 | | 0.00% | $0.00 |
| CitiMortgage | $310,049.00 | ☐ by Trustee ☒ by Debtor $1,725.00 | 3/2015 | $0.00 | | 0.00% | $0.00 |

   2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed fixed Payments | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| EZ Money | $0.00 | $1,000.00 | $800.00 | $200.00 | 1998 Plymouth Grand Voyager | 5.00% | $41.77 | Aug 2015 |
| Santander Consumer USA, Inc. | $120.00 | $11,999.00 | $11,500.00 | $0.00 | 2006 Lincoln Navigator | 5.00% | $248.60 | Aug 2015 |
| TitleMax of Alabama, Inc. | $0.00 | $2,000.00 | $1,850.00 | $0.00 | 2003 Lincoln Town Car | 5.00% | $87.74 | Aug 2015 |

III. Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| -NONE- | | | | |

IV. Special Provisions:

☒ This is an original plan.

☐ This is an amended plan replacing plan dated ___.

☒ This plan proposes to pay unsecured creditors approximately 2 %.

☐ Debtor assumes/rejects lease and/or executory contract with ___.

☒ Other Provisions:
Attorney fees for Debtor's Attorney shall be paid with monthly fixed payments pursuant to Administrative Order 11-01.Pursuant to Administrative Order 05-09, the adequate protection payments scheduled in Section (2) shall be paid as post-petition/pre-confirmation adequate protection payments by the Chapter 13 Trustee.Debtor will pay pre-petition arrears to Citi Mortgage and Bayview directly pursuant to pending loan modifications.Debtor will continue to negotiate mortgage loan modifications with Bayview and CitiMortgage and will move the court for final approval.Debtor(s) shall tender any tax refund, in its entirety, including any public assistance funds received for child tax credits and earned income credits as defined in Code of Alabama § 38-4-8, received during the pendency of this plan to the Chapter 13 Trustee.Debtor will continue to pay pre-petition and post petition utility service debt in the ordinary course of business in lieu of posting a deposit as adequate assurance of future payment under § 366 of the United States Bankruptcy Code. Debtor acknowledges and agrees that the automatic stay does not bar a utility's efforts to collect pre-petition and post petition utility service debt.Debtor will continue to pay post petition tax debt to any governmental agency in the ordinary course of business. Debtor acknowledges and agrees that the automatic stay does not bar a governmental agency's efforts to collect post petition tax debt.

Attorney for Debtor Name/Address/Telephone #
Rebecca S. Bozeman

2107 Fifth Avenue North Suite 301
Birmingham, AL 35203

Telephone #   205-214-3981

Date  February 17, 2015

/s/ Hosea Cochino Allen
Hosea Cochino Allen
Signature of Debtor